## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VINCENT STERLING HARRINGTON

        *Plaintiff*,

    v.

UNITED STATES OF AMERICA,

        *Defendant*.

Civil Action No. 24-2403 (TJK)

### <u>MEMORANDUM</u>

On August 21, 2024, the Court entered a minute order informing Plaintiff that he needed to serve Defendant within 90 days from this action's removal under Federal Rule of Civil Procedure 4 and ordering him to either (1) cause process to be served and file proof of service or (2) move for an extension of time by November 18, 2024.  Plaintiff did neither by October 22, so the Court entered another minute order directing Plaintiff to do so by November 18.  That order explained that Plaintiff had to comply with the Court's order "to avoid dismissal of this action."  The November 18 deadline has passed, and Plaintiff has still not filed proof of service or any motion. Indeed, Plaintiff has filed nothing on the docket since this case was removed, and the only address the Court has for Plaintiff appears invalid.  *See* ECF Nos. 6-8.  Thus, pursuant to Local Rule 83.23 and the Court's "inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order," *Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011), the Court will dismiss the case without prejudice.  A separate order will issue.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: November 21, 2024